227

No. 68210.—New York Merchandise Co., Inc. v. United States, protest 62/12340 (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of Hibachis similar in all material respects to those the subject of Abstract 67238, the claim of the plaintiff was sustained.

No. 68211.—K. L. Dorfzaun v. United States, protest 63/8851 (New York).

Opinion by FORD, J.   An examination of the papers in the case showing that the protest was not filed within the 60-day period provided by section 514, Tariff Act of 1930, the protest was dismissed as untimely.

BEFORE THE THIRD DIVISION, JANUARY 6, 1964

No. 68212.—United China & Glass Co. v. United States, protest 63/41 (San Francisco).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of oatmeal saucers, valued at $1.65 per dozen, similar in all material respects to those the subject of *Copeland & Thompson, Inc.* v. *United States* (12 Cust. Ct. 85, C.D. 833), the claim of the plaintiff was sustained.